**BioNTech SE (BNTX)**  **Adriano Ladewig**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 6/17/2022 | 0.122 | $126.9866 |
| Purchase | 3/2/2023 | 10 | $126.4800 |
| Purchase | 4/26/2023 | 22 | $110.6500 |
| Purchase | 8/7/2023 | 17 | $95.8243 |
| Sale | 8/10/2023 | (2) | $106.0945 |
| Sale | 8/21/2023 | (15) | $116.0000 |